United States District Court
Southern District of New York

_____

Board of Trustees of the Local 295/Local 851- I.B.T. Employer Group Pension Trust Fund,

    -against-

Allison Freight Management, LLC
_____

**AFFIDAVIT OF SERVICE**
Case# **08 CV 1138 (Judge Swain)**

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons in a Civil Action, Civil Cover Sheet, Complaint, Individual Practices of Judge Laura Taylor Swain, Guidelines and Procedures for Electronic Case Filing and Individual Practices of Magistrate Judge Ronald L. Ellis, under Section 303 of the Limited Liability Company Law. The company which was served was: **ALLISON FREIGHT MANAGEMENT, LLC**

That on the 12th day of February 2008 at approx. 10:00 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Donna Christie known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Donna Christie - Authorized Person
white female, approx. 37 yrs., 5'3", 140 lbs., blonde hair

_____
Denise L. Dooley

Sworn to before me
this 12th day of February, 2008

_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010