UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Board of Trustees of the Local 295/Local 851
- I.B.T. Employer Group Pension Trust Fund

                      Plaintiff(s),

    -against-

Allison Freight Management, LLC,
                      Defendant(s).
------------------------------------------------------------X

Case No.: 08 CV 1138

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

        Grace Hewitt being duly sworn deposes and says:

    I served a copy of Judge Laura Taylor Swain's Initial Conference Order on Lynda Allison at Allison Freight Management, LLC. 84 Brower Avenue Rockville Center, NY 11570 and Allison Freight Management PO Box 38695, Greensboro, NC 27438 by First Class Mail on February 19, 2008.

                                                               _____
                                                                Grace Hewitt

Sworn to before me this
19 day of February 2008

_____
Notary Public

GEORGE A KIRSCHENBAUM
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02KI6143327
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES APRIL 3, 2010

10911-1