

# CARY KANE LLP

ATTORNEYS AT LAW
1350 BROADWAY, SUITE 815
NEW YORK, N.Y. 10018
TELEPHONE (212) 868-6300
FACSIMILE (212) 868-6302
WWW.CARYKANELAW.COM



May 5, 2008

Via Overnight Mail
The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
40 Centre Street, Room 1205
New York, New York 10007-1581

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiffs' counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:   Board of Trustees of the Local 295/Local 851 – I.B.T. Employer Group Pension Trust Fund v. Allison Freight Management, LLC, 08-CV-1138 (LTS) (RLE)

Dear Judge Swain:

This firm is counsel to the Plaintiffs, the Board of Trustees of the Local 295/Local 851 – I.B.T. Employer Group Pension Trust Fund in the referenced matter. An initial status conference is scheduled for May 9, 2008 at 2:45 p.m. I write to request an adjournment of the initial conference on the basis that the defendant, Allison Freight Management, LLC, has failed to answer the Complaint. Accordingly, plaintiffs wish to obtain a default judgment against the defendant. Pursuant to Your Honor's Rule 2.C., we respectfully request direction from Your Honor as to whether evidentiary submissions will be required in connection with the motion.

I hereby certify that I am mailing a copy of this letter by overnight mail to Lynda Allison, principal of Allison Freight Management, at Allison Freight Management, 94 Brower Avenue, Rockville Center, NY 11570 and at Allison Freight Management, P.O. Box 38695, Greensboro, North Carolina, 27438.

I am obliged to the Court for its consideration of this matter. Should you have any questions, please do not hesitate to contact me at (212) 868-6300.

Very truly yours,

Rachel S. Paster

*The conference is adjourned to July 25, 2008 at 9:45AM.*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
5/6/08

cc:  Lynda Allison (via overnight mail)

11776_1