UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

BOARD OF TRUSTEES OF THE LOCAL
295/LOCAL 851 - I.B.T. EMPLOYER GROUP
PENSION TRUST FUND,

       Plaintiff,

-v-                                            No. 08 Civ. 1138 (LTS)(RLE)

ALLISON FREIGHT MANAGEMENT, LLC,

       Defendant.                              ORDER

--------------------------------------------------------x

       This matter having been commenced by the filing of a complaint on February 5, 2008, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, and the Court having determined that an investigation of the factual basis of the allegations of the complaint herein pursuant to Fed. R. Civ. P. 55(b)(2) is appropriate, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that the plaintiff's motion shall be accompanied by evidence, in admissible form, of such facts as it would have proffered to meet its burden of proof on its direct case had a trial been held in this action; and it is further

       ORDERED, that such motion for default judgment shall be served on the defendants and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

DEFPROVE.FRM    Version 1/29/01

        ORDERED, that plaintiff shall serve a copy of this Order on defendant and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
      May 7, 2008

 

                                                  LAURA TAYLOR SWAIN
                                                United States District Judge