UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Board of Trustees of the Local 295/Local 851
- I.B.T. Employer Group Pension Trust Fund

                        Plaintiff(s),

    -against-

Allison Freight Management, LLC,
                    Defendant(s).
------------------------------------------------------------X

Case No.: 08 CV 1138

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

        Grace Hewitt being duly sworn deposes and says:

  I served a copy of Judge Laura Taylor Swain's Order on Lynda Allison at Allison Freight Management, LLC. 84 Brower Avenue Rockville Center, NY 11570 and Allison Freight Management PO Box 38695, Greensboro, NC 27438 by First Class Mail on May 7, 2008.

                                                   Grace Hewitt

Sworn to before me this
7th day of May 2008

_____
Notary Public

JANET I. CRUZ-DIAZ
Notary Public, State of New York
No. 01CR6018875
Qualified in Richmond County
Commission Expires January 19, 20 11

11809-1