```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – I.B.T. EMPLOYER GROUP PENSION TRUST FUND | ) ) ) ) | |
| Plaintiffs, | ) ) | **DEFAULT JUDGMENT** |
| vs. | ) ) | |
| ALLISON FREIGHT MANAGEMENT, LLC | ) ) | 08 CV 1138 (LTS) (RLE) |
| Defendant. | ) ) ) ) ) | |

This action having been commenced by the filing of a Summons and Complaint on February 5, 2008, the Summons and Complaint being served on defendant Allison Freight Management, LLC on February 12, 2008, and proof of service of the Summons and Complaint having been filed on February 15, 2008 and defendant having failed to answer or otherwise move with respect to the Complaint and the time therefore having expired;

NOW, on motion of Cary Kane LLP, attorney for the plaintiffs, by Joshua S.C. Parkhurst, Esq., it is:

ORDERED, ADJUDGED AND DECREED, that plaintiffs, Board of Trustees of the Local 295/Local 851 Employer Group Pension Trust Fund ("the Fund"), have judgment against defendant in the amount of $88,787.15 consisting of:

(a) Withdrawal liability in the amount of $64,682.00;

(b) Interest in the amount of $3,895.00;

(c) Liquidated damages in the amount of $12,936.40;

(d) Attorneys fees in the amount of $6,843.75; and

(e) Costs in the amount of $430.00; and it is further;

ORDERED, ADJUDGED AND DECREED that interest continue to accrue on the unpaid withdrawal liability at the rate set forth in 29 U.S.C. 1399(c)(6), from the date judgment is entered until the judgment is paid.

Dated: New York, New York

_____ 2008

_____
United States District Judge