UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
BOARD OF TRUSTEES OF THE LOCAL   )
295/LOCAL 851 – I.B.T. EMPLOYER   )
GROUP PENSION TRUST FUND   )
                                                                    )          **CLERK'S CERTIFCATION**
            Plaintiffs,                                       )
                                                                    )
       vs.                                                     )
                                                                    )          08 CV 1138 (LTS) (RLE)
ALLISON FREIGHT MANAGEMENT, LLC )
                                                                    )
            Defendant.                                      )
                                                                    )
                                                                    )
_____)

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled proceeding indicate that the summons and complaint herein were filed on February 5, 2008, and that defendant Allison Freight Management, LLC was served with copies of the Summons and Complaint on February 12, 2008. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect herein and that the time to answer or move has expired. The default of defendant is hereby noted.

Dated:

   New York, New York

                                                                                          _____
                                                                                          J. Michael McMahon