UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LOCAL 295/LOCAL 851 – I.B.T. EMPLOYER GROUP PENSION TRUST FUND<br><br>Plaintiffs,<br><br>vs.<br><br>ALLISON FREIGHT MANAGEMENT, LLC<br><br>Defendant. | **STATEMENT OF DAMAGES**<br><br>08 CV 1138 (LTS) (RLE) |

| | |
|---|---:|
| Unpaid Withdrawal Liability | $64,682.00 |
| Interest on unpaid withdrawal liability through June 30, 2008 | $3,895.00 |
| Liquidated Damages of 20% of $64,682.00 | $12,936.40 |
| Attorneys' Fees | $6,843.75 |
| Costs and Disbursements:<br>   Clerk's Fee- $350.00<br>   Secretary of State Fee for Acceptance of Process - $40.00<br>   Process Server's Fee. - $40.00 | $430.00 |
| TOTAL | $88,787.15 |