UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Board of Trustees of the Local 295/Local 851
- I.B.T. Employer Group Pension Trust Fund

                Plaintiff(s),

    -against-

Allison Freight Management, LLC,
                Defendant(s).
-----------------------------------------------------------------X

Case No.: 08 CV 1138

**CERTIFICATE OF SERVICE**

Certificate of Service

On July 22, 2008, I served the **Notice of Motion, Affidavit of Neil J. Savasta in Support of Motion for Default Judgment, Affidavit of Joshua S. C. Parkhurst in Support of Application for Attorneys Fee, Default Judgment, Clerk's Certification, and Statement of Damages,** by USPS Overnight Express mail, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon:

        Lynda Allison
    Allison Freight Management, LLC.
       84 Brower Avenue
     Rockville Center, NY 11570

        Lynda Allison
    Allison Freight Management
      PO Box 38695
    Greensboro, NC 27438

                    _____
                      Grace Hewitt

12568-1